IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE INTERIOR CHEEKS OF THE MOUTH OF JORDAN DELGADO WITH TWO BUCCAL SWABS | Case No. 3:24-mj-00025 <br><br> Date: January 10, 2024 |

## MASTER AFFIDAVIT FOR DNA WARRANTS

I, Andrew Pappas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (hereinafter the "FBI") and have been since March 2019.  I am a graduate of the FBI Training Academy in Quantico, Virginia where I received training in white-collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics.  I am a Marine Infantry and Force Reconnaissance officer.  As part of my responsibilities in that position, I lead Marines in the execution of raids, searches, surveillance operations, and interviews during training and combat operations.  While deployed, my unit's operations involved stopping and searching vehicles for contraband, including weapons, drugs, and explosives material.

2.      During my time as an FBI special agent, I have participated in numerous criminal investigations, including investigations into suspected homicides, armed robberies, narcotics trafficking, firearms trafficking, violent criminal activity, racketeering, money laundering, and securities fraud.  My participation in these investigations has included assisting in the controlled purchase of narcotics utilizing confidential informants and cooperating witnesses; participating in the execution of search and arrest warrants; conducting electronic and physical surveillance; analyzing records related to narcotics trafficking and cybercrimes; reviewing and analyzing

1

cellular records and cell site information; and interviewing individuals and other members of law enforcement regarding the manner in which cyber criminals deceive and extort their victims.  I have assisted in investigations into organized criminal enterprises, including violent street gangs and large-scale narcotics trafficking organizations.

3.      I am one of the case agents involved in the investigation of the rivalry between members and associates of the East End gang, which is allied with the PT Barnum gang, the East Side gang and the "150" gang on the west side of Bridgeport.  This is alliance is fighting against members and associates of the Original North End ("O.N.E") gang and the Greene Homes Boys ("GHB") gang, all neighborhood-centric groups of young men and adolescents based in the City of Bridgeport, Connecticut.  Based on the facts as set forth in this affidavit, there is probable cause to believe that the information described in Attachment A contains evidence of violations of Title 18, United States Code, Section 1962(d) (racketeering conspiracy) and Title 18, United States Code, Section 1959 (violent crimes in aid of racketeering) (the "Subject Offenses") as described in Attachment B.

4.      I have participated in this investigation and, as a result of my participation and information received from other law enforcement officers, including agents of the FBI, officers and detectives of the Bureau of Alcohol, Tobacco and Firearms ("ATF"), the Drug Enforcement Administration ("DEA"), the Connecticut State Police ("CSP") and the Bridgeport Police Department ("BPD") (collectively referred to as "law enforcement").  I am thoroughly familiar with the circumstances of the investigation and the information set forth in this affidavit. The statements contained in this affidavit are based on: (1) my personal participation in the investigation; (2) information provided to me by law enforcement; and (3) my experience and

training. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant and does not set forth all of my knowledge about this matter.

5.      I submit this affidavit in support of a search and seizure warrant authorizing the retrieval of DNA from **JORDAN DELGADO (DOB xx/xx/1998)**.  I am currently investigating DELGADO for Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d) in connection with his participation in the East End Racketeering Organization from 2014 through the present (referred to herein as "Target Offense").

6.      DELGADO is currently detained pursuant to state firearm-related to charges.

7.      This affidavit does not set forth all of the facts and evidence that are relevant to the seek a search warrant for DELGADO's DNA.  Rather, this affidavit is intended to show merely that there is sufficient probable cause for the requested DNA warrant.

## BACKGROUND AND PROBABLE CAUSE

### I.      *Background on the East End Gang*

8.      Starting in approximately 2015, there has been a rivalry between two broad alliances of gangs as detailed above.   These two groups have carved out huge swaths of the city, which they control.  Rival gang members are prohibited from entering the opposing group's territory or do so at their peril.  As previously noted, the first alliance was between the gangs known as Original North End ("O.N.E.") and Greene Homes or Greene Homes Boyz ("GHB"). This alliance controls territory in the North End of Bridgeport (North Bridgeport) and the Charles F. Greene Homes Housing Project in The Hollow (an area below and to the west of the North End). In 2021, a rift occurred between O.N.E. and Greene Homes, stemming from the return of older Greene Homes gang members that were not friendly with O.N.E. As feuds

between gang members developed, two Greene Homes members, Shamar Swinton, AKA

"Chili," and Dhamoni Lockhart, AKA "Moni," were murdered within 72 hours of each other in

June of 2021. Law enforcement believes these murders were perpetrated by members of the

O.N.E gang.  O.N.E. and Greene Homes are rival gangs of another Bridgeport based local gang

comprised of an allegiance between groups from the East End and the P.T. Barnum Housing

projects, which will be referred to herein as the "East End" alliance.  The East End alliance

controls territory in the Eastern and Southern part of the city of Bridgeport.

9.      Below is a map providing a rough depiction of the divided territory with blue

representing the O.N.E. and Greene Homes and the red representing the East End/East Side

alliance.



10.     Based on the investigation conducted to date, including, but not limited to, arrests

of and seizures made from gang members and associates; debriefings of arrestees, confidential

informants, cooperating defendants, cooperating witnesses; examination of information derived

from cellphone extractions, the analysis of forensic evidence and the review of social media, the

investigation has revealed that  both of the referenced gangs sell drugs in the territory they respectively control, often sharing customers, and shoot at/kill rival gang members who enter their territory.  Based on the above information it has been determined that the O.N.E. and GHB deal in crack cocaine, heroin and marijuana. Text messages found on the telephones of members and associates of O.N.E. and GHB members make clear that they share customers, buy drugs together, and share profits.   Drug proceeds are also used to buy firearms, which are then shared between gang members.  The East End alliance is known to primarily sell crack cocaine and marijuana although some members also sell heroin.  They control sales in their territory and they too are believed to buy drugs together, share customers and combine profits.

11.     In both groups, rival gang members are referred to as the "Opps" or "opposition." Social media platforms—including Facebook, Snapchat and Instagram—are used by gang members on both sides to post pictures of themselves with narcotics, to promote their gang, threaten rival gang members, incite violence, to celebrate acts of violence, reveal or intimidate potential cooperators/witnesses, and to post pictures and videos of themselves posing with firearms.  Social media platforms are also used to coordinate narcotics sales, to sell and trade firearms, and to plan and coordinate acts of violence.  Both rival gangs also post hip hop or rap videos which celebrate the criminal conduct of their respective enterprise, namely acts of violence against rival gang members, and display the respective enterprise's collection of firearms, which they upload to YouTube and share on Facebook.  The videos announcing their exploits and murders raise the status of an individual gang member within the group and further his reputation within the respective gangs.

12.     Based on information received from the BPD, other law enforcement officers, social media, cooperating defendants, and witnesses, a federal trial jury convicted ERIC HAYES

a.k.a. "Heavyweight Champ," TRAVON JONES, a.k.a. "Budda PG," "TREVON WRIGHT a.k.a. "Tre," and KEISHAWN DONALD, a.k.a "Kei" of Racketeering Conspiracy in violation of Title 18, United States Code, Section 1962(d). East End gang members TYRONE MOORE a.k.a "Ty Ralph Lauren," KYRAN DANGERFIELD, a.k.a. "Ky," HARRY BATCHELOR, a.k.a. "Bookie," and CHARLES ANTHONY BONILLA, a.k.a.  ".30 cal" and "Li'l Ant"  plead guilty to Racketeering Conspiracy in violation of Title 18, United States Code, Section 1962(d).  A number of other East End gang members and associates, including Jordan DELGADO, who committed racketeering acts, detailed below, along with the East End other gang members, were not indicted.[1]

13.     Since the indictments and continuing into the East End gang trial before Judge Bolden, East End gang members, including DELGADO, have continued to commit racketeering acts in furtherance of the East End gang, which are detailed below.  These racketeering acts include illegal firearms possession and robbery in violation of Connecticut law.  For the reasons set forth below, I believe there is probable cause to believe that a DNA sample from DELGADO will contain evidence of the Target Offenses.

## II. DELGADO's Involvement in the East End Gang

14.     On September 30, 2015, DELGADO was convicted of Robbery in the First Degree (Threaten with a Firearm), in violation of Conn. Gen. Stats. §53a-134(a)(4), for which he was sentenced to twelve years of imprisonment, suspended after five years, and 5 years of probation.

---

[1] Although MOORE, DANGERFIELD, BATCHELOR and BONILLA pleaded guilty, HAYES, JONES, WRIGHT and DONALD proceeded to trial before the Honorable Victor A. Bolden and were convicted of Racketeering Conspiracy by a jury on December 5, 2023.

### a. *October 17, 2019 Conspiracy to Murder Original North End ("O.N.E.") rivals, including Joshua Gilbert*

15.     On October 17, 2019, at 2:45 p.m., BPD officers responded to 610-614 Trumbull Avenue, the Trumbull Gardens Housing Project, on a report of shots fired.  Police recovered 15 spent .40 caliber shell casings and one spent slug.  Officers at BPD's Fusion Center, which has cameras covering the area, reviewed video footage and saw a gray Nissan Altima with Connecticut registration AR-90881 driving by the location and it appeared that people inside the car were shooting at an individual.  The gray Nissan Altima had been stolen approximately a week before during a carjacking in Ansonia, Connecticut.

16.     The Altima's owner, prior to the theft, had installed a dash camera on the front of his car that not only recorded video from the front of the car, but also recorded audio inside the car.  The audio revealed that for a week, multiple young men drove the Altima around the Trumbull Gardens area and the Greene Homes Housing Project area of Bridgeport questioning aloud whether people they were passing were gang members and directing car participants to shoot.   Specifically, on October 17, 2019, around 2:46 p.m., the Altima's dash camera view is on Trumbull Avenue heading toward Reservoir Avenue, where the Trumbull Gardens Homes (territory of O.N.E.) are located.  A voice from inside the car can be heard saying, "you see that nigga right there?"  A few seconds later, two males can be seen in a parking lot, but the view is blocked by a school bus which was dropping children off.  When the bus passed out of view, a voice can be heard saying, "look;" and at that point, shots are heard, and the video shows spent shell casings bounce off the interior of the front windshield of the Altima.  The Altima continued to move forward as shots were fired at the two men in the parking lot.  The Altima swerved and then voices can be heard saying, "drive, go, go, go" and more shots can be heard.  As the Altima

drove ahead, passing a Jeep on the wrong side of the road, a voice, which I believe to be that of Travon JONES, can be heard laughing and saying that they were recorded "on live," which the investigation later revealed was a Facebook livestream.

17.      The Altima then passed a school bus which was stopped with its lights on and drives through the stop sign at Trumbull Avenue and Reservoir Avenue.  The Altima turned south on Reservoir Avenue.  Bridgeport City cameras captured the car and showed that the rear seat occupant was wearing a red hoody sweatshirt with the hood up.

18.      The BPD found the stolen Nissan Altima on Hollister Avenue, near its intersection with Connecticut Avenue on the East Side of Bridgeport.  BPD officers and members of the Connecticut State Police gang task force surveilled the stolen Altima.  At approximately 9:05 p.m., Captain Fitzgerald saw a white Oldsmobile, bearing registration AT-49349 approach the stolen Altima.  Inside the Oldsmobile with Donald were co-defendant Jones, Zamir Hairston, and DELGADO.  Hairston and DELGADO got out of the Oldsmobile and into the stolen Altima, with DELGADO getting into the driver's seat.

19.      When officers approached the Altima, DELGADO and Hairston exited the car and ran.  Hairston was eventually stopped while in possession of a Glock 43, .9 mm. handgun, bearing serial number BLLE005 in his waistband. Hairston was placed under arrest and DELGADO was also arrested. Devon Mero, the owner of the Altima, testified that the Glock 43 was the firearm the suspect used to carjack him the week prior.  In the driver's seat of the Altima, officers found a Glock 22 .40 caliber handgun, bearding serial number BFBC718.

20.      Officers directed Jones and Donald get out of the Oldsmobile.  Co-defendant Jones, who was still wearing a red sweatshirt (as seen on the video), told police he had Glock 23 .40 caliber handgun in the car.  Donald who was wearing a mask, had a loaded Springfield

XD .45 caliber handgun sticking out from his lower left leg.  From the four East End gang members, Bridgeport Police recovered a Glock 43x9 mm handgun, bearing serial number BLLE005, a black Springfield Arms XD .45 caliber handgun, bearing serial number S3195551, a black Glock 22, .40 caliber handgun, bearing serial number BFBC718, a black Glock 23, .40 caliber handgun, bearing serial number XKC147, a black ski mask, three cellphones and three .40 caliber shell casings.  Test fires from the two Glock .40 caliber handguns recovered matched shell casings collected from within the Altima and shell casings collected from the scene of the Trumbull Avenue shooting earlier that day.

21.     A grand jury witness described how they were watching Joshua Gilbert's Facebook livestream of the shooting as it happened.  The morning after Donald, Jones, Delgado and Hairston were arrested, each with firearms, co-defendant Batchelor lamented on Facebook: "I'm tight I just lost 4 good niggas and 4 poles🙎🏾‍♂️," referencing the four East End gang members who had been arrested and the four guns ("4 poles") that police had seized.

22.     On February 10, 2021, DELGADO was convicted of Criminal Possession of a Firearm, in violation of Conn. Gen. Stats. § 53a-217 and Illegal Transfer/Purchase of a Pistol/Revolver, in violation of Conn. Gen. Stats. § 53a-32, for which he received a sentence of ten years' jail, execution suspended after four years, and 3 years of probation.  On August 9, 2022, DELGADO was released to community release at the Sierra Center, and discharged from custody on June 30, 2023.

   b. *The September 1, 2023 Firearms Possession*

23.     On September 1, 2023, around 2:00 a.m., Bridgeport Police Officers were patrolling the East End of Bridgeport when they saw a group of young men outside the Sunshine Deli, a known East End Gang hangout that had been closed for some time and had "No

Trespassing" signs affixed to its exterior.  Around 2:24 a.m., the same officers saw the same

individuals outside the Sunshine Deli and approached them.

24.     As the officers approached the men moved away from the Sunshine Deli.  One

man, wearing a gray hoodie, black mask and carrying a large black shoulder bag began running

on Stratford Avenue.  The man was wearing black and white "New Balance"-brand sneakers on

his feet.

25.     Officers chased the man with the large black shoulder bag, who turned onto

Central Avenue at which time his black and white "New Balance"-brand sneakers came off his

feet.  The man then discarded his black shoulder bag into an area between a dumpster and the

Ralphola Taylor Community Center and got on the dumpster.

26.     Officers surrounded the man, who removed his mask, and ordered him off the

dumpster.  Instead, the man jumped onto the Community Center roof and ran.

27.     One officer picked up the bag that the man had thrown down next to the dumpster

and saw inside it a Glock 23 Gen 5 .40 caliber handgun, bearing serial number BTUU765.  The

Glock was loaded with a magazine that contained 23 rounds of .40 caliber ammunition.

28.     Also inside the bag were: (1) the Apple iPhone, (2) two additional rounds of

Win .40 caliber ammunition, a black Jeep key Fob and a black Lincoln key fob.  Inside the

brown glittery case for the Apple iPhone was a Connecticut Adult Learner's Permit for

DELGADO.  Officers recognized the man they had seen on the dumpster as DELGADO from the Learner's Permit photograph.

29.     Officers searched for the man in the area but did not find him.  Officers traced the Lincoln key fob to a 2015 Lincoln MKT, bearing Connecticut livery plate L00496L, which an employee of ZS Limo, LLC was in the process of reporting as stolen in New Haven.

30.     An NCIC search of the Glock Gen 5 .40 caliber handgun, bearing serial number BTUU765 revealed that it had been reported stolen from Hamden, Connecticut.  Swabs taken from the Glock were sent to the Connecticut State Laboratory

31.     On December 7, 2023, the Connecticut State Laboratory informed the Bridgeport Police Department that swabs from the Glock 23 had a CODIS match to Jordan DELGADO.

 c. *The September 12, 2023 robbery of Jocquon Hart*

32.     On September 12, 2023, around 2:00 p.m., Stratford Police responded to the Honeyspot Motor Lodge, in Stratford, Connecticut.  Jocquan Hart informed a Stratford Police Officer that he had just been robbed by two black male suspects who had guns.  Hart explained that he was supposed to meet Nicki Talavera-Medina at the Motor Lodge and she had directed him to Room #140.  Once Hart reached the outside are of the room, two men approached him with guns pointed at him and ripped his gold chain from his neck and took his wallet.  One of the men hit Delgado in the face with the pistol, before leaving the hallway towards an exit.

33.     Stratford Police recovered video surveillance from the Honeyspot Motor Lodge and the surveillance showed that at 1:01 p.m. on September 12, 2023, Jordan DELGADO and

Ralph Bijoux were led to Room #212 by Beyonce Jackson, who had rented the room.  All three faces were visible in the video surveillance.

34.     About seven minutes later, Bijoux and DELGADO leave Room #212, wearing masks and their hoods up.  They then reenter Room #212 four minutes later.  Thirty minutes later, Bijoux and DELGADO leave the room again and are followed by Jackson and Talavera-Medina.

35.     At 2:01 p.m., Bijoux and DELGADO enter the first-floor hallway of the Motor Lodge and hide around the corner from Room #139.  Two minutes later, Hart is seen walking toward Room #139; Hart can be seen using his cellphone.

36.     When Hart reaches the corner where Bijoux and DELGADO were hiding, Bijoux approaches Hart and points a pistol at Hart's chest while DELGADO points a pistol at Hart's head.  Both Bijoux and DELGADO reach into Hart's pockets and Bijoux takes a wallet and rips a gold chain from Hart's neck.  As Bijoux and DELGADO attempt to leave, Hart starts to follow them and both Bijoux and DELGADO point their pistols at Hart.

37.     Bijoux and DELGADO then leave the Honeyspot Motor Lodge and surveillance video shows them walk to the northwest corner of the parking lot between East Stone and the Stratford Antiques Center, where both men wave down a gray colored sedan which picks them up.  The gray colored sedan was consistent with a 2016 Hyundai Sonata bearing CT license plate BC20747, which was registered to Jackson.  License Plate Readers captured Jackson's license plate travelling on Honeyspot Road at the time Bijoux and DELGADO flag it down.

38.     On September 15, 2023, law enforcement observed DELGADO and a female exit room 8 at the Stratford Motor inn and enter the gray Hyundai with CT registration BC20747, and

a subsequent traffic stop pursuant to a traffic violation resulted in the identification of

DELGADO and Beyonce Jackson as the occupants.

     39.    On September 25, 2023, law enforcement identified an Instagram Live video of

BIJOUX, a convicted felon and prohibited person, displaying a firearm. Law enforcement

located BIJOUX and arrested him for possession of stolen firearm, and also seized from

BIJOUX's person a necklace with a Jesus pendant, which the Honeyspot Motor Lodge robbery

victim identified as the one stolen from him.

## DNA EVIDENCE

     40.    I have probable cause to believe and do believe that the DNA evidence collected

from DELGADO will likely match DNA evidence found on the Glock 23 seized after he

abandoned it while fleeing police.  Once a DNA profile is obtained through buccal swab from

DELGADO, the profile can be compared against the DNA profile found on the Glock and

evidence at that crime scene and other crime scenes related to DELGADO's membership with

the East End gang.

## METHOD

     41.    The DNA sample of DELGADO sought herein will be collected by buccal

swabbing.  This method involves taking a sterile swab (similar to a Q-Tip) and gently scrubbing

the inside right cheek, then the inside left cheek, for approximately five to ten seconds.  Two

samples are requested in the event that one of the samples becomes contaminated or otherwise

cannot be tested.  The seized samples will be submitted to Connecticut State Lab and will be

subject to examination, testing, and analysis, and will be compared to the DNA material obtained

from and near the crime scene.

42.     In the event any of the proposed subject is non-compliant, and due to the potential dangers to both the executing officers and the individual associated with executing a validly issued search warrant on a non-compliant subject, I would request that the Court authorize law enforcement agents and officers to use reasonable measures necessary to restrain that individual for the sole purpose of obtaining a DNA buccal swab. *See In Re Terrorist Bombings of U.S. Embassies in East Africa*, 552 F.3d 157, 171 n.8 (2d Cir. 2008) ("The subject of a validly issued search warrant has no right to resist the search") (citing cases including *Bumper v. North Carolina*, 391 U.S. 543, 550 (1968)); *see also United States v. Bullock*, 71 F.3d 171, 176 (5th Cir. 1965) ("The use of force in taking the [hair and blood] samples was caused by Bullock's refusal to comply with a lawful warrant and was reasonable."). As articulated above, the buccal DNA swab will be obtained by taking a buccal swab and having the individual gently scrub the inside of the cheek approximately ten times.

---

## **Conclusion**

43.    Based on the foregoing, I submit that there is probable cause to believe that

buccal swabs taken from DELGADO will contain evidence showing that he was involved

in the Target Offense.

ANDREW
PAPPAS

Digitally signed by ANDREW
PAPPAS
Date: 2024.01.10 10:28:30
-05'00'

_____
ANDREW PAPPAS
SPECIAL AGENT, FBI


Sworn to me through the transmission of this
Affidavit by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this
10th day of January, 2024


S. Dave Vatti

Digitally signed by S. Dave Vatti
Date: 2024.01.10 11:07:22
-05'00'

_____
HONORABLE S. DAVE VATTI
UNITED STATES MAGISTRATE JUDGE